**DEFT:** Cindy Carameros (surr)    **CASE NO:** 00-6126-CR-Roettger
**AUSA:** Jeff Kaplan  present    **ATTNY:** Alvin Entin  present
**AGENT:**    **VIOL:**
**PROCEEDING:** Initial Appearance    **BOND REC:** 100,000 PSB
**BOND HEARING HELD –** (yes)/no    **COUNSEL APPOINTED:**
**BOND SET @** $ 100,000 PSB

FILED by _____ D.C.
MAY 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CO-SIGNATURES:**
**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.   *passport must be held by atty - except to go to Chile*
3) Surrender and/or do not obtain passports/travel documents
4) Rpt to PTS as directed _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL - can travel to Chile for honeymoon (report 2x week phone)
12) Halfway House
    Electronic Monitoring

reside at current address, no illegal drugs or excessive alcohol

- advised of charges
- waives indictment
  waiver executed
- must sign
  waiver of extradition

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Plea likely

**NEXT COURT APPEARANCE:** DATE: _____ TIME: _____ JUDGE: _____
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**  N/A
**STATUS CONFERENCE:**

**DATE:** 5-16-00    **TIME:** 11:00am    **TAPE #** 00-041    **PG #** 9
1120 - 1500