UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6126-CR-Roettger

UNITED STATES OF AMERICA,
 Plaintiff,

v.

Cindy Carameros,
 Defendant.

ORDER ON INITIAL APPEARANCE

Language __English__
Tape No. 00-__041__
AUSA __Kaplan__
Year ____

The above-named defendant having been ~~arrested~~ surrendered on __5-16-00__ having appeared before the court for initial appearance on __5-16-00__ and proceedings having been held in accordance _____ thereupon

ORDERED as follows

1. __Alvin Entin__ appeared as (permanent/temporary) counsel of record
 Address ____
 Zip Code ____ Telephone ____

2. ____ appeared as (permanent/temporary) ____
 Address ____
 Zip Code ____ Telephone ____

3. The defendant shall attempt to retain counsel and shall appear before the court on ____ at ____

4. Arraignment ~~Preliminary~~ ~~Removal~~ hearing is set for __held__

5. The defendant is held in temporary pretrial detention pursuant to 18 U S C 3142(d) or (f) because ____

A detention hearing pursuant to 18 U S C 3142 (f) is set for _____ 20 ____

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U S C 3142

 __100,000 psb recommended__

This bond shall contain the standard conditions of bond printed in the form of this Court and in addition, the defendant must comply with the special conditions checked below

 a. Surrender all passports and travel documents to the pretrial services office of the Court

 b. Report to Pretrial Services as follows ____ times a week by phone ____ times a week in person, other ____

 c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law

 d. Maintain or actively seek full-time gainful employment

 e. Maintain or begin an educational program

 f. Avoid all contact with victims of or witnesses to the crimes charged

 g. Refrain from possessing a firearm, destructive device or other dangerous weapon

 h. Comply with the following curfew:

- 1 -

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set : At Arrest    _____

On Warrant    _____

After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of May, 20 00.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
 WHITE to Court file
 BLUE to defendant
 GREEN to Assistant U.S. Attorney
 YELLOW to Counsel
 PINK to U.S. Marshal
 GOLD to Pretrial Services