AO 455 (REV. 5 85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CINDY CARAMEROS

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6126

MAGISTRATE JUDGE SNOW

I, CINDY CARAMEROS, the above named defendant, who is accused of conspiracy to defraud HUD, in violation of Title 18, United States Code, Sections 371 and 1010, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 5/16/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RECEIVED & FILED IN OPEN COURT
ON 5/16/00
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

_Defendant_

_Counsel for Defendant_

Before _____ 5/16/00
_Judicial Officer_