FILED by _____ D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6126-CR-Roettger

UNITED STATES OF AMERICA

vs

Cindy Carameros

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    MAY 16, 2000    , where the Defendant was arraigned and plea of NOT GUILTY was entered.    Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.    The following information is current as of this date

DEFENDANT:    Address: _____ SEE BOND _____

Telephone: _____

DEFENSE COUNSEL:    Name: _____ Alvin Entin _____

Address: _____

Telephone: _____

BOND SET/CONTINUED:    $ _____ 100,000 PSB _____

Bond hearing held: yes __X__ no _____ Bond hearing set for _____

Dated this ___16___ day of ___May___, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____ [signature] _____
Deputy Clerk

Tape No. _00-041_

cc: Clerk for Judge
    U. S. Attorney