UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55394-004

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR 00-6126-CR-NCR
                      ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
                      )
Cummings Cynthia )
          Defendant

FILED by DC
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-16-00 __:__ 00 am/pm

(2) Language Spoken: Eng

(3) Offense(s) Charged: Fraud HCO

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 5-30-54

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fl

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 100,000 PSB
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5-16-00  (9) Arresting Officer: _____

(10) Agency: FBI    (11) Phone: _____

(12) Comments: _____