UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6126-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER,

    Defendant.
_____/

MOTION FOR CONTINUANCE
AND TO EXCUSE DEFENDANT'S PRESENCE AT CALENDAR CALL

The Defendant, WILLIE WALKER, by and through his undersigned counsel, respectfully joins in the co-defendants motions for continuance and would further ask the court to excuse the defendant's presence at the calendar call and would state in support thereof:

1. This case is set for August 23, 2000 for the commencement of the first trial period with a call of the calender at 10:00 a.m. on that date.

2. The defendant recently suffered a stroke. A report from his doctor is attached as Exhibit A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this _21st_ day of _Aug_, 2000:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, Florida  33129-2335

Jorge Sibila, Esq.
2246 S.W. 1st Street
Miami, Florida 33135-1513

Patrick Hunt, Esq.
Federal Public Defender
101 N.E 3rd Avenue
Suite 202
Fort Lauderdale, Florida  33301

Martin Feigenbaum, Esq.
Museum Tower
150 West Flagler Street
Suite 1565
Miami, Fl 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

3. The defendant cannot travel for several weeks and needs time to recuperate prior to trial.

**CERTIFICATE OF
COMPLIANCE WITH LOCAL RULE S.D.Fla. 88.9**

The undersigned attempted to contact Kathleen Rice, Esq., the Assistant United States Attorney assigned to this case, but Ms. Rice was not available at the time of the filing of this motion.

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

_____
VINCENT J. FLYNN

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

_____
Vincent J. Flynn

Aug. 21, 2000

To: Vincent Flynn

From: Willie Walker

( RE: Dr. Priest )
941-936-3553
If more information needed

☐ Lee Memorial Hospital    ☐ HealthPark Medical Center    ☐ Cape Coral Hospital
2776 Cleveland Avenue    9981 HealthPark Circle    636 Del Prado Boulevard
Fort Myers, Florida 33901   Fort Myers, Florida 33908   Cape Coral, Florida 33990
(941) 332-1111    (941) 433-7799    (941) 574-2323

For: Walker, Willie    Date: 8/7/00

Age _____ Address _____

℞   Repair for Heavy Physical Activity
and driving for 2 weeks

Refill _____    SIGNATURE _____
D.E.A. No. _____ (NECESSARY FOR CONTROLLED SUBSTANCES)    NAME PRINTED _____
120134034 0064  9/97  THIS DOCUMENT HAS A COLORED BACKGROUND FOR SECURITY PURPOSES

Continued...

| Dose | 325MG | Frequency | Every morning | Next Dose Due | 8-20-00 |

#2 Name **Lopressor**   Use Reduces high blood pressure & helps regulate heartbeats

Side Effects/Misc **Nausea, dizziness, wheezing.** If shortness of breath or wheezing occur notify physician immediately. Advise physician of any lung problems. Do Not stop taking this medicine unless advised by physician

| Dose | 25MG | Frequency | Every 12 hours | Next Dose Due | 8-19-00 |
|      |      |           | 9A - 9P        |               | 9PM    |

#3 Name **Nitrostat**   Use Causes fast relaxation of blood vessels to allow oxygen and blood to reach heart tissue. Use for Acute Anginal Attacks Only

Side Effects/Misc **One tablet under tongue. Every five minutes until pain subsides.** Do not take more than three doses. If pain does not subside with three doses, call 9-1-1. Headache, dizziness. Sit or lay down when taking tablet. Do not swallow, place under tongue. Keep tablets in an airtight, light protected bottle

| Dose | 0.4MG | Frequency | As needed | Next Dose Due | |

#4 Name **Plavix**   Use Used to help prevent heart attacks, strokes and other problems caused by narrowed blood vessels

Side Effects/Misc **Stomach pain, diarrhea, headache or dizziness.**

| Dose | 75MG | Frequency | Every morning | Next Dose Due | 8-20-00 |

**Symptoms**

Call **Florida Heart Associates 936-3353**   if any of the following symptoms occur

1. Redness, swelling, or drainage at your groin site.
2. Any change in sensation or alteration in temperature in your affected leg.
3. Increasing anginal episodes.

**Follow-Up Care**

Miscellaneous **NO DRIVING OR PHYSICAL ACTIVITY FOR TWO WEEKS.**

I hereby acknowledge having received both verbal and written instructions, as above. I will arrange for follow-up care as instructed.

I understand that an itemized statement of charges will be sent to me upon request. Business office 336-6957.

Thank you for allowing us to care for you. You may receive a patient survey in the mail. Please return it because we value your comments.

Patient Signature: _____

Float/Student Signature:

---

| 058835 | HP-3713A |
| 253819 | |
| 61 / M  Date: August 19, 2000 |
| PRIEST, STEVEN V. |
| LEE MEMORIAL HOSPITAL |
| Ft. Myers, FL |
| **Discharge Instructions** |
| **WALKER, WILLIE** |
| CliniComp, Intl. |