UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6126-CR-ROETTGER

　　　　Plaintiff,

vs.

CINDY CARAMEROS,

　　　　Defendant.
_____/

## MOTION FOR CHANGE OF ADDRESS

COMES NOW the Defendant, Cindy Carameros, by and through his undersigned counsel and hereby files this Motion for Change of Address and states:

1.　　Upon release on bond, Defendant Carameros executed the necessary documents stating the address of where she would be residing while out on bond.

2.　　September 21, 2000, Defendant Carameros is desirous of relocating to live with her mother, Bess Carameros at 23200 Camino Del Mar, Apartment 504, Boca Raton, Florida 33433, while out on bond. She may be reached by telephone at (561) 362-4151.

3.　　Undersigned counsel has been unsuccessful in contacting Assistant United States Attorney Jeffrey Kaplan regarding his position on this motion.

WHEREFORE the Defendant, Cindy Carameros, hereby respectfully requests that this Honorable Court grant this Motion for Change of Address while out on bond to 23200 Camino Del Mar, Apartment 504, Boca Raton, Florida 33433, and grant any other relief this court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this

15th day of September, 2000 to JEFF KAPLAN, ESQUIRE, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

          ENTIN, MARGULES & DELLA FERA, P.A.
          200 East Broward Boulevard
          Suite 1210
          Fort Lauderdale, Florida 33301
          Telephone:  (954) 761-7201
          Facsimile:   (954) 767-8343

          By: _____
               ALVIN E. ENTIN
               Fla. Bar No. 127027