UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.: 00-6126-CR-ROETTGER

Plaintiff,

vs.

CINDY CARAMEROS,

Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR CHANGE OF ADDRESS

THIS CAUSE came to be considered pursuant to Defendant, Cindy Carameros' Motion for Change of Address, after reviewing the pleadings and the Court being otherwise duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED THAT;

The Defendant, Cindy Carameros' Motion for Change of Address is hereby GRANTED. As of September 21, 2000, the Defendant shall reside at 23200 Camino Del Mar, Apartment 504, Boca Raton, Florida 33433.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2000.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

cc: Jeffrey Kaplan, AUSA
Alvin Entin, Esq.
Pretrial Services