OCT 2 0 2000

CL. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06126-CR-ROETTGER

UNITED STATES OF AMERICA

v

CINDY CARAMEROS

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for
<u>THURSDAY NOVEMBER 16, 2000 at 11:30 A.M.</u> at the U.S. District
Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale,
Florida.

TYPE OF PROCEEDING:

PLEA

CLARENCE MADDOX, CLERK

DATED: 10/20/00

BY: _____

Deputy Clerk