HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6126-CR          Date: 11/16/00
Courtroom Clerk: P. Hart      Court Reporter: Bennis
Probation Officer: _____ Interpreter: _____

Plaintiff(s): U.S.A.          Counsel: Kaplan

Defendant(s): C. Carameros (B)  Counsel: A. Entin

Reason For Hearing: _____ Plea

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. Sent set Jan 26, 2001 at 11:00 A.M. Bond cont'd.

Misc.: _____

