FILED by _____ D.C.

(?) 1  2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6126-CR-NCR   Date: 1/26/01
Courtroom Clerk: U.S.A.   Court Reporter: Beevie
Probation Officer: Present   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Stefin for Kaplan

Defendant(s): C. Carameros (B)   Counsel: A. Entin

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Mot. for 5K1.1 → Granted. No fine imposed. 3 yrs prob. assessed $100.00 complete financial disclosure. Mot to travel to CO Granted.

Misc.: _____