AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

FILED by _____ D.C.

3 2 C 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
**CINDY CARAMEROS**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 0:00CR06126-001

A.U.S.A.-Kaplan    Alvin Entin, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[ ] pleaded guilty to count(s)  1
[ ] pleaded nolo contendere to count(s)
    which was accepted by the court
[ ] was found guilty on count(s)
    after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 05/16/2000 | 1 |

By _P. Hart_
Date _3/2/01_

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s)                                          (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No    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
Defendant's Date of Birth    05/30/1954
Defendant's USM No    55304-004
Defendant's Residence Address

11110 Heron Bay Blvd. #323

Coral Springs                            FL

Defendant's Mailing Address

11110 Heron Bay Blvd. #323

Coral Springs                            FL

01/26/2001
Date of Imposition of Judgment

_Norman C Roettger_
Signature of Judicial Officer

**NORMAN C. ROETTGER**
**U.S. DSITRICT COURT JUDGE**
Name & Title of Judicial Officer

28 Feb 2001
Date

No further action required by
U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Pinchase, SDUSM