FILED by _____ D.C.

MAY 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6126-CR-ROETTGER**

**UNITED STATES OF AMERICA**

vs

**CINDY CARAMEROS**

**ORDER AMENDING JUDGMENT
COMMITMENT ORDER**

_____/

This cause is before the Court upon probation's request to amend the Judgment and Commitment Order on defendant CINDY CARAMEROS.

**ORDERED AND ADJUDGED** that the request is **GRANTED**.

The Order will read as follows:

The Judgement and Commitment Order is hereby amended as follows.

Date sentence imposed is January 26, 2001   In all other respects the Judgment & Commitment Order shall remain the same.

**DONE AND ORDERED** at Ft. Lauderdale, Florida, this _17_ day of ___May___ , 200_1_.

_____
**UNITED STATES DISTRICT COURT JUDGE
NORMAN C. ROETTGER**

c:Counsel of record
 US Probation

jcamend.ord